AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 2:22-cr-203 | Date and time warrant executed: 03/10/2022 1245 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:
H. Barraco

Inventory of the property taken and name(s) of any person(s) seized:

Digital forensics conducted on electronic devices seized at Game Time.
  1. Apple iPhone
  2. Apple iPad (SN: DMPDW056LMV9)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/10/2022

Executing officer's signature

H. Barraco, Special Agent
Printed name and title